IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERM DIVISION

JOSEPH THOMAS BIDDLE                                              PETITIONER

VS.                    CASE NO. 4:18-CV-623-BRW-BD

MILLER COUNTY JAIL                                                RESPONDENT

## ORDER

I have carefully reviewed the Recommended Disposition (Doc. No. 2) filed by Magistrate Judge Beth Deere. After careful consideration of the Recommendation and Mr. Biddle's timely objections, and after a *de novo* review of the record, I approve and adopt the Recommendation in all respects.

Petitioner Joseph Thomas Biddle's petition for writ of habeas corpus (Doc. No. 1) is DENIED and DISMISSED WITHOUT PREJUDICE.

IT IS SO ORDERED this 9th day of October, 2018.


/s/ Billy Roy Wilson_____
UNITED STATES DISTRICT JUDGE