IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERM DIVISION

JOSEPH THOMAS BIDDLE                                              PETITIONER

VS.                           CASE NO. 4:18-CV-623-BRW-BD

MILLER COUNTY JAIL                                                RESPONDENT

## **JUDGMENT**

Consistent with the Order entered today, it is CONSIDERED, ORDERED, and ADJUDGED that this case is hereby DISMISSED WITHOUT PREJUDICE.

IT IS SO ORDERED this 9th day of October, 2018.

/s/ Billy Roy Wilson_____
UNITED STATES DISTRICT JUDGE