# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**JOSEPH THOMAS BIDDLE**                                                          **PETITIONER**

**V.**                        **CASE NO. 4:18-CV-623-BD**

**DEXTER PAYNE, Director,**
**Arkansas Department of Correction**                                   **RESPONDENT**

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that Joseph Thomas Biddle's amended petition for writ of habeas corpus (Doc. No. 10) is hereby DISMISSED WITH PREJUDICE.

DATED this 21st day of August, 2020.

_____
UNITED STATES MAGISTRATE JUDGE